FILED
October 26, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003027389

JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
P. O. Box 1708
Sacramento, California 95812-1708
(916) 492-8001
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No:10-33571-B-13J<br>DC No.: JPJ-03 |
| PAUL KASSON,<br>JENNIFER KASSON, | **TRUSTEE'S MOTION TO DISMISS** |
| | DATE: NOVEMBER 10, 2010<br>TIME: 1:00 PM |
| Debtor(s) | COURTROOM: 32 |

JAN P. JOHNSON, CHAPTER 13 TRUSTEE, hereby moves the Court for an Order Dismissing this case pursuant to 11 U.S.C. §1307, General Order 05-03, and as supported by the attached declaration for the following reason(s):

///

///

///

1

The Debtors are delinquent to the trustee in the amount of $12,190.56 which represents approximately two (2) payments. There is cause to dismiss this case pursuant to 11 U.S.C. §§1307(c)(1) and (c)(6).

WHEREFORE, the Trustee asks that the Court grant an Order Dismissing this proceeding.

Dated: October 26, 2010

/s/ Kristen A. Koo
KRISTEN A. KOO, Attorney for Trustee