2010-33571
FILED
October 27, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003016087

2

Douglas B. Jacobs 084153
JACOBS, ANDERSON, POTTER AND CHAPLIN
20 Independence Circle
Chico, CA 95973
(530) 342-6144
(530) 342-6310 (Fax)

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re:

PAUL KASSON,

JENNIFER KASSON,

      Debtors.

Case No: 10-33571-B-13J

DCN: DBJ-2

ORDER CONFIRMING PLAN FILED AUGUST 16, 2010

DATE: October 5, 2010
TIME: 9:32 a.m.
CRTRM: 32
JUDGE: Holman

    The First Amended Chapter 13 Plan filed August 16, 2010, for the above-named Debtors has been transmitted to all Creditors, and it has been determined after notice and opportunity for a hearing that the Debtor's plan satisfies the requirements of *11 USC §1325*.

    THEREFORE, IT IS ORDERED THAT:

1.    The Debtors shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the Trustee of any change in the Debtor's address;

RECEIVED
October 21, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003016087

2. The Debtors shall immediately notify the Trustee in writing of any termination, reduction of, or any other change in the employment of the Debtor; and

3. The Debtors shall appear in court whenever notified to do so by the court.

IT IS FURTHER ORDERED that the attorney's fees for the debtor's attorney in the full amount of $3,500.00 are approved, $3,500.00 of which was paid prior to the filing of the petition.

Approved as to form.

_____
Jan P. Johnson
Bankruptcy Trustee

Dated: October 27, 2010

_____
Thomas C. Holman
United States Bankruptcy Judge

ORDER CONFIRMING PLAN
2